NUMBER 13-00-217-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


C. R. MAPES, ET AL.
, Appellants,


v.



WARREN PIERSOL, ET AL.
, Appellees.

____________________________________________________________________


On appeal from the 214th District Court


of Nueces County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Justices Dorsey, Rodriguez, and Castillo


Opinion Per Curiam


 Appellants, C. R. MAPES, ET AL., perfected an appeal from a
judgment entered by the 214th District Court of Nueces County, Texas,
in cause number 00-683-F. After the record and briefs were filed,
appellants filed a motion to dismiss the appeal. In the motion,
appellants state that they no longer wish to prosecute this appeal. 
Appellants request that this Court dismiss the appeal.

 The Court, having considered the documents on file and
appellants' motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellants' motion to dismiss is granted,
and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.


Opinion delivered and filed this

the 25th day of January, 2001.